**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **ISAACS & ASSOCIATES, LLC**<br>**2 Punkintown Road, Suite 330**<br>**South Berwick, ME 03908,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**OROCK TECHNOLOGIES, INC.**<br>**1900 Reston Metro Plaza, Suite 600**<br>**Reston VA 20190,**<br><br>***Defendant.*** | **Civil Action. No. 1:23-cv-00184** |

**COMPLAINT**

COMES NOW Plaintiff, Isaacs & Associates, LLC, by and through the undersigned counsel, and states as follows:

**OVERVIEW**

1. This is a breach of contract action arising out of the Defendant's failure to abide by the payment terms of a Settlement Agreement entered between the parties arising out of a dispute concerning Defendant's negligent destruction of Plaintiff's data.

2. The Settlement Agreement was entered on or about September 16, 2022, and required that Defendant pay to Plaintiff the aggregate sum of Two Hundred Fifty-Two Thousand Dollars ($252,000) via five (5) installment payments.

3. The first installment of Fifty-Two Thousand Dollars ($52,000) was payable on or before October 15, 2022. Defendant failed to make this payment and has failed to make ***any*** payments as required by the Settlement Agreement.

4. Plaintiff has made repeated demands for payment, and Defendant's continued intransigence necessitates the filing of this lawsuit.

5. Plaintiffs seeks judgment in the amount of Two Hundred Fifty-Two Thousand Dollars ($252,000), plus pre- and post-judgment interest and such further relief as the Court deems just and proper.

## JURISDICTION AND VENUE

6. Jurisdiction of this court is founded on diversity of citizenship. As set forth below, Plaintiff and Defendant are incorporated and have their principal places of business in different states – i.e., Maine and Virginia, respectively. Further, the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000). Thus, jurisdiction in this court is proper per 28 U.S.C. § 1332 and 28 U.S.C. § 1441.

7. Venue lies in this District pursuant to 28 U.S.C. § 1391(b) on the ground that Defendant is a corporation that transacts a significant amount of business in the Commonwealth of Virginia, including within the Eastern District of Virginia.

## PARTIES

8. Plaintiff, Isaacs & Associates, LLC ("Isaacs"), is a limited liability company, organized under the laws of the State of Maine, with its principal place of business at 2 Punkintown Rd., Suite 330, South Berwick, Maine 03908.

9. Upon information and belief, Defendant, ORock Technologies, Inc. ("ORock") is a Delaware corporation with its principal place of business at 1900 Reston Metro Plaza, Suite 600, Reston, Virginia 20190.

**FACTS**

10. Isaacs is a certified public accountancy firm specializing in tax preparation, bookkeeping, payroll, and consulting for individuals and small to mid-sized businesses.

11. In 2001, Plaintiff retained TeamLogic IT-NH ("TeamLogic"), a managed services provider, to provide Isaacs data storage and other cloud computing services. TeamLogic contracted with ORock for Defendant to provide the above services to TeamLogic for Plaintiff's benefit.

12. Isaacs began utilizing ORock's cloud computing data storage services, on or about October 1, 2021. On or about June 10, 2022, ORock negligently deleted Plaintiff's data stored by the company, resulting in a significant financial loss to Isaacs.

13. Plaintiff, Defendant, and TeamLogic entered into a settlement agreement on or about September 16, 2022 (the "Settlement Agreement") relating to the claims among them. A true and accurate copy of the Settlement Agreement is attached hereto as **Exhibit A**.

14. Under the terms of the Settlement Agreement, ORock was obligated to pay to Isaacs Two Hundred Fifty-Two Thousand Dollars ($252,000.00) divided among five payments (each a "Payment" and collectively the "Payments").

15. The first Payment in the amount of Fifty-Two Thousand Dollars ($52,000.00) was to be paid on or before October 15, 2022, via wire transfer.

16. ORock did not make the first Payment.

17. Isaacs subsequently demanded receipt of the first Payment and of all Payments owed under the Settlement Agreement. Defendant has not responded to these demands.

18. To date, ORock has not made any Payment or Payments owing under the Settlement Agreement.

**COUNT I – BREACH OF CONTRACT**

19. Plaintiff herein adopts and incorporates by reference all of the allegations set forth in paragraphs 1 through 18 as if originally stated herein.

20. The elements of a breach of contract action are: "(1) a legally enforceable obligation of a defendant to a plaintiff; (2) the defendant's violation or breach of that obligation; and (3) injury or damage to the plaintiff caused by the breach of obligation." *AB Staffing Solutions, LLC v. Asefi Capital, Inc.*, 2022 WL 16555707, *8 (Oct. 31, 2022) (quoting *Filak v. George*, 594 S.E.2d 610, 614 (Va. 2004)).

21. The Settlement Agreement is a written contract, signed by the parties, reflecting an enforceable obligation for ORock to pay to Isaacs the sum of Two Hundred Fifty-Two Thousand Dollars ($252,000) in five installment payments, the first of which was due and owing as of October 15, 2022.

22. ORock failed to make the first installment payment and has made no payments toward the agreed sum, thus materially breaching its obligations under the Settlement Agreement.

23. Isaacs has suffered damages in the amount of Two Hundred Fifty-Two Thousand Dollars ($252,000) due to ORock's material breach of the Settlement Agreement.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays that this Honorable Court:

A. Award Plaintiff compensatory damages in the amount of Two Hundred Fifty-Two Thousand Dollars ($252,000);

B. Award Plaintiff pre- and post-judgment interest at the statutory interest rate of six percent (6%); and

C. Grant such further relief as it deems just and proper.

DATED: February 9, 2023

Respectfully submitted,

/s/ David R. Warner
David R. Warner, Esq. (VSB No., 75912)
WARNER PLLC
1818 Library Street
Suite 500
Reston VA 20190
T: (703) 951-1919
F: (703) 956-3009
dwarner@warnerpllc.com

*Attorney for Plaintiff Isaacs & Associates, LLC*