# EXHIBIT A

# SETTLEMENT AND MUTUAL RELEASE AGREEMENT

This Settlement and Mutual General Release Agreement (the "***Release***") is made as of September 16, 2022 (the "***Effective Date***") by and between ORock Technologies, Inc., a Delaware corporation located at 1900 Reston Metro Plaza, Suite 600, Reston, VA 20190 (the "***Company***" or "***ORock***"), on the one hand, and Isaacs & Associates, LLC, with a principal place of business located at 155 Fleet Street, Suite 209, Portsmouth, NH 03801 ("***Isaacs***"), and TeamLogic IT-NH, a managed services provider to Isaacs with a principal place of business located at 908 Hanover St, Manchester, NH 03104 ("***TeamLogic NH***")(Isaacs and TeamLogic NH are collectively referred to herein as "***Client***"), on the other hand. The Company, Isaacs and TeamLogic NH are sometimes collectively referred to as the "***Parties***."

## RECITALS

WHEREAS, the Company was retained by Team Logic NH on October 1, 2021, to provide the cloud services set forth in the attached Exhibit A (the "***Services***") to Isaacs;

WHEREAS, the Company experienced an unexpected loss of a significant amount of data of Isaacs in the ORock cloud resulting in a major business interruption to Isaacs; and

WHEREAS, the Parties desire to settle all obligations and matters between them on the terms set forth hereinbelow;

NOW, THEREFORE, in consideration of the mutual premises and covenants set forth above, the receipt and sufficiency of which is hereby mutually acknowledged, the Parties agree as follows;

1. Settlement. The Parties hereby agree to settle all outstanding obligations between them in consideration for (a) the payment, by ORock to Issacs, of the sum of two hundred fifty-two thousand dollars ($252,000.00) as follows: (i) the sum of fifty-two thousand dollars ($52,000.00) on or before October 15, 2022 via wire transfer; (ii) the sum of fifty thousand dollars ($50,000.00) on or before November 15, 2022 via wire transfer; (iii) the sum of fifty thousand dollars ($50,000.00) on or before December 15, 2022 via wire transfer; (iv) the sum of fifty thousand dollars ($50,000.00) on or before January 15, 2023 via wire transfer; and (v) a final payment in the amount of fifty thousand dollars ($50,000.00) on or before February 15, 2023 via wire transfer, and (b) the releases set forth in sections 2, 3 and 4 below.

2. Release by Isaacs.

2.1. Except for the payment obligation to be performed under this Agreement by the Company, Isaacs, on behalf of its officers, directors, stockholders, employees, predecessors, agents, representatives, attorneys, and persons acting by, through, under or in concert with all of the foregoing, hereby unconditionally release and fully and forever compromise, settle, release, acquit and discharge the Company, and its agents, representatives, and attorneys from all actions, causes of actions, suits, claims, demands, liens, mortgages, interests, debts, contracts, obligations,

DS JT DS Pk DS RAI

liabilities, damages, losses, costs and expenses, including, without limitation, attorneys' fees and costs of any nature whatsoever, at law or in equity, whether or not such claims are presently known or unknown and whether or not such claims are or could have been the subject of any pending, settled or dismissed lawsuit, that Isaacs has ever had, now has, shall or may have, arising out of or related to any events of any kind whatsoever that have occurred from the beginning of time to the date of this release (collectively, the "Isaacs Claims"). It is the intention of Isaacs that this Release shall be effective as a final release of the Isaacs Claims.

3. Release by TeamLogic NH.

3.1. Except for the payment obligation to be performed under this Agreement by the Company, TeamLogic NH, on behalf of its officers, directors, stockholders, employees, predecessors, agents, representatives, attorneys, and persons acting by, through, under or in concert with all of the foregoing, hereby unconditionally release and fully and forever compromise, settle, release, acquit and discharge the Company, and its agents, representatives, and attorneys from all actions, causes of actions, suits, claims, demands, liens, mortgages, interests, debts, contracts, obligations, liabilities, damages, losses, costs and expenses, including, without limitation, attorneys' fees and costs of any nature whatsoever, at law or in equity, whether or not such claims are presently known or unknown and whether or not such claims are or could have been the subject of any pending, settled or dismissed lawsuit, that TeamLogic NH has ever had, now has, shall or may have, arising out of or related to any events of any kind whatsoever that have occurred from the beginning of time to the date of this release (collectively, the "TeamLogic NH Claims"). It is the intention of TeamLogic NH that this Release shall be effective as a final release of the TeamLogic NH Claims.

4. Release by Company.

4.1. The Company, on behalf of its officers, directors, stockholders, employees, predecessors, agents, representatives, attorneys, and persons acting by, through, under or in concert with all of the foregoing, hereby unconditionally release and fully and forever compromise, settle, release, acquit and discharge Isaacs and TeamLogic NH, and its respective agents, representatives, and attorneys from all actions, causes of actions, suits, claims, demands, liens, mortgages, interests, debts, contracts, obligations, liabilities, damages, losses, costs and expenses, including, without limitation, attorneys' fees and costs of any nature whatsoever, at law or in equity, whether or not such claims are presently known or unknown and whether or not such claims are or could have been the subject of any pending, settled or dismissed lawsuit, that the Company has ever had, now has, shall or may have, arising out of or related to any events of any kind whatsoever that have occurred from the beginning of time to the date of this release (collectively, the "Company Claims"). It is the intention of the Company that this Release shall be effective as a final release of the Company Claims.

5. Counterparts. This Release may be signed in multiple counterparts, each of which shall be considered an original and all of which shall be considered one and the same agreement.

DS JT DS PK DS RAl

IN WITNESS WHEREOF, the Parties have caused this Release to be executed as of the Effective Date by their respective duly authorized representatives.

**ISAACS & ASSOCIATES, LLC**

DocuSigned by:
By: Rebecca Isaacs
B8C0FB25EBE74BA...
Rebecca Isaacs
Managing Member

**TEAMLOGIC IT-NH**

DocuSigned by:
By: Joe Taurus
0DCB37E427FB439...
Joe Tauras
President

**OROCK TECHNOLOGIES, INC.**

DocuSigned by:
By: Peter Kaju
165CEDAD50B74E0...
Peter Kaju
Chief Financial Officer

**EXHIBIT A**

**CLOUD SERVICES QUOTE**

OROCK TECHNOLOGIES

## Quote Summary

Date: September 28, 2021
Quote #: QUO10529-2
Terms: Net 30

Expires On: October 28, 2021
Sales Contact: Bill Pearon
Sales Contact Phone: 703-434-1816
Sales Contact Email: bpearon@orocktech.com

**Submit Order Acceptance to:**

Email: ar@orocktech.com
Phone: 571-386-0201
Address: 1900 Reston Metro Plaza, #600
Reston, VA 20190

Following information is required for order acceptance:
- Signed Quote or email confirmation referencing Quote #
- or Purchase Order, if required by Customer

## Bill to Customer

**TeamLogic IT - NH**
Joe Tauras
908 Hanover Street
Manchester, NH 03104

## Ship to Customer

**TBN Accounting Firm**

## Quote Details

### Recurring Charges

| **Product Detail** | | **List Price** | **Disc %** | **Disc** | **Unit Price** | **Qty** | **Ext Price per Month** |
|---|---|---|---|---|---|---|---|
| RVD-t1.large-MO | ORockCloud Compute: t1.large: 2 vCPU and 8GB RAM (per Month) | $71.640 | 15% | ($10.746) | $60.894 | 3 | $182.68 |
| RVD-t1.xlarge-MO | ORockCloud Compute: t1.xlarge: 4 vCPU and 16GB RAM (per Month) | $143.280 | 15% | ($21.492) | $121.788 | 1 | $121.79 |
| ORCSTRG8RVD-MO | ORockCloud Premium Block Storage (GB) (Per Month) | $0.075 | 15% | ($0.011) | $0.064 | 1,724 | $109.91 |
| ORCSTRG6RVD-MO | ORockCloud Hot Object Storage (GB) (Per Month) | $0.019 | 15% | ($0.003) | $0.016 | 1,000 | $16.15 |
| ORCIPADD001-MO | ORockCloud IP addresses (Per Month) | $10.000 | 15% | ($1.500) | $8.500 | 4 | $34.00 |
| **Total Recurring fees** | | | | | | | **$464.53** |

## Total Quote Summary

| | | Total Price |
|---|---|---|
| One-Time Charges | | $0.00 |
| Monthly Recurring | | $464.53 |
| Annual Recurring | | $5,574.30 |
| Total Contract Value | Term: 36 Months | $16,722.90 |

## Terms & Conditions

*Acceptance of this quote assumes agreement to the attached terms and conditions as well as acceptance of ORock Technologies Cloud Services Agreement.*

*The amount on this quote is an estimate based on preliminary understanding. If the provisioned solution is different from this quote, customer will be notified. Cloud resources utilized above the capacity agreed to will be billed at Flexible pricing monthly in arrears. Customer will be billed once the environment is provisioned and available for customer use.*

*This Agreement shall have an initial term (noted above in the quote summary) from the Effective Date. Upon expiration of the initial term, this Agreement shall automatically renew for successive additional terms of one (1) year unless either party provides written notice of nonrenewal no later than sixty (60) days prior to the expiration of the initial term or any successive renewal terms.*

### *Cloud Services*

*ORock Technologies, Inc. ("ORock") Cloud Services Agreement ("CSA") covering the contractual agreement for ORockCloud Solutions ("ORockCloud") is incorporated herein by this reference. Agreement available https://orocktech.com/legal/csa/*

### *NOC and SOC*

*ORock provides three levels of support to the ORockCloud. These support services are included to address the design, build, configuration, security, operations, maintenance, and sustainability of the ORockCloud architecture specifically focusing on the underlying infrastructure and platform services provided to a customer, but not within a customer's environment. All services provided within a customer's environment are considered additional managed services.*

*ORock utilizes a three-level tiering approach to support services to operate and maintain ("O&M") the ORockCloud:*

*- Level 1. ORock provides network operation center ("NOC") and security operation center ("SOC") services. Both the NOC and SOC are based in the United States and fully staffed with U.S. citizens. The NOC and SOC constitutes the primarily customer interface to address ORockCloud implementation, break-fix, and inquiries. NOC Level 1 support includes network monitoring, customer support, troubleshooting, reporting, and ticketing. SOC Level 1 support includes security monitoring, alerting and reporting, architecture defense, incident response, and ticketing. ORock will determine the level of support required and escalate to the next required level based on appropriate customer response, restore, and reporting requirements.*

*- Level 2. The ORock engineering team and security team comprise the level 2 support structure to the ORockCloud. Level 2 engineering support includes operations and maintenance, patching and configuration, incident response and mitigation deployment, network engineering, cloud engineering, and storage engineering. Level 2 security support includes incident response and investigation, security engineering and mitigation, fusion analysis, threat and intelligence analysis, compliance assessment, compliance and vulnerability scanning, POAM management, penetration testing, and threat hunting.*

*- Level 3. ORock may escalate and coordinate directly with OEM vendors as required to support the ORockCloud. ORock will redact customer data when escalating to OEM vendors for support. ORock will resolve escalated actions based on vendor recommendation and provided fix actions with approved ORock NOC personnel.*

Acceptance:

[signature] President 10/1/2021

Signature Title Date